AO 108 (Rev. 06/09) Application for a Warrant to Seize Property Subject to Forfeiture

# UNITED STATES DISTRICT COURT
для the
District of Nebraska

| | | |
|---|---|---|
| In the Matter of the Seizure of | ) | |
| *(Briefly describe the property to be seized)* | ) | |
| $626.00 and $12,307.00 cash in the custody of the | ) | Case No. 8:15MJ185 |
| Omaha Police Department | ) | |
| | ) | |

**FILED**
US DISTRICT COURT
DISTRICT OF NEBRASKA

JUL 27 2015

**OFFICE OF THE CLERK**

## APPLICATION FOR A WARRANT
## TO SEIZE PROPERTY SUBJECT TO FORFEITURE

I, a federal law enforcement officer or attorney for the government, request a seizure warrant and state under penalty of perjury that I have reason to believe that the following property in the _____ District of _____ Nebraska _____ is subject to forfeiture to the United States of America under 21 U.S.C. § 881 *(describe the property)*:

$626.00 and $12,307.00 cash in the custody of the Omaha Police Department

The application is based on these facts:
Attached Affidavit of jennifer Bogdanoff

☑ Continued on the attached sheet.

_____
*Applicant's signature*

Jeremy K. Anderson, Special Assistant U.S. Attorney
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 7/27/15

_____
*Judge's signature*

City and state: Omaha, Nebraska

~~F.A. Gossett~~ III, U.S. Magistrate Judge
*Printed name and title*
**Thomas D. Thalken**
**U.S. Magistrate Judge**

I, Jennifer Bogdanoff, being duly sworn, depose and state as follows:

I am a Sergeant with the Omaha Police Department in Omaha, Nebraska. I have been employed by the Omaha Police Department for twenty years. I have been assigned as a Sergeant with the Metro Drug Task Force and as a Criminal Investigator with the Omaha Police Department. I currently primarily work on narcotics related investigations which include forfeiture cases. Over the course of my career I have investigated narcotics cases which include possession, sale, manufacture, transportation and illicit proceeds. During these investigations I have conducted custodial and non-custodial interviews of the person involved in said criminal activity.

On October 14, 2013 Officers from the Omaha Police Narcotics Unit executed a court authorized state search warrant on 3170 Mason Street in Omaha, Nebraska. Officers retrieved approximately 183 grams of methamphetamine, 29 grams of cocaine, various venue items and a total of $626 U.S. Currency. $526 was on the defendant, and $100 was found in close proximity of the methamphetamine. Juan Carlos Reyes-Ramos, DOB 4/28/1984. Mr. Reyes-Ramos was arrested with Possession with intent to deliver methamphetamine. Mr. Reyes-Ramos was sent to his home country, Mexico and failed to appear for scheduled hearings. A warrant for his arrest was issued. Your affiant found that during the 2013 arrest, Mr. Reyes-Ramos admitted to being involved with a drug operation for over a year and that he would purchase methamphetamine at $10,000 to $12,000 per pound.

On May 21, 2015, officers of the Omaha Police Department Narcotics Unit executed a court authorized state search warrant at 4003 S. 34th Street, Omaha, Nebraska pursuant to an ongoing narcotics related investigation. Upon entry, officers located Juan Carlos Reyes-Ramos in the basement living room and hallway area. During the search of the residence, officers located approximately 12.5 grams of methamphetamine and a digital scale inside of a cooler which was

found on top of a couch. Officers also located $4,500 U.S. Currency (USC) under a couch cushion, $3,370 USC in a lunch box on top of the couch, $1,250 USC in Reyes-Ramos' back left pants pocket and $3,187 USC in Reyes-Ramos' back right pocket in his wallet.

Reyes-Ramos was federally indicted in the District of Nebraska for two counts of Possession with Intent to Deliver-Methamphetamine, which is a violation of Title 21, United States Code, Section 841 (a)(I) and Title 21, United States Code, Section 841 (b)(I).

Your affiant knows through their training and experience that the large amounts of cash located in various locations, including in close proximity to drug paraphernalia, drugs, and scales is indicative that the money is proceeds from the distribution of controlled substances.

Your affiant believe the above facts establish probable cause to believe $626 USC found during the search warrant executed in October 14,2013 and $12,307 USC found during the execution of the search warrant executed on May 21, 2015 was possessed in violation of Title 21, United States Code, Section 881.

Dated this 27 day of July, 2015.

FURTHER AFFIANT SAYETH NAUGHT.

Jennifer Bogdanoff
Omaha Police Department

Subscribed and sworn to before me this 27 day of July, 2015.

F.A. GOSSETT, III
United States Magistrate Judge

*Thomas D. Thalken*
*U.S. Magistrate Judge*

AO 109 (Rev. 12/09) Warrant to Seize Property Subject to Forfeiture

# UNITED STATES DISTRICT COURT
for the

District of Nebraska

| | |
|---|---|
| In the Matter of the Seizure of<br>*(Briefly describe the property to be seized)*<br>$626.00 and $12,307.00 cash in the custody of the<br>Omaha Police Department | )<br>)<br>)  Case No. 8:15MJ185<br>)<br>) |

## WARRANT TO SEIZE PROPERTY SUBJECT TO FORFEITURE

To:    Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests that certain property located in the _____ District of _____ Nebraska _____ be seized as being subject to forfeiture to the United States of America. The property is described as follows:
$626.00 and $12,307.00 cash in the custody of the Omaha Police Department

I find that the affidavit(s) and any recorded testimony establish probable cause to seize the property.

**YOU ARE COMMANDED** to execute this warrant and seize the property on or before   8/5/15
*(not to exceed 14 days)*

☑ in the daytime – 6:00 a.m. to 10:00 p.m.    ☐ at any time in the day or night, as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must also give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

An officer present during the execution of the warrant must prepare, as required by law, an inventory of any property seized and the officer executing the warrant must promptly return this warrant and a copy of the inventory to United States Magistrate Judge ~~F.A. GOSSETT, III~~ THOMAS D. THALKEN
*(name)*

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*   ☐ for _____ days *(not to exceed 30)*.
    ☐ until, the facts justifying, the later specific date of _____

Date and time issued:    7/27/15 @ 3pm                    _____
                                                           *Judge's signature*

City and state:    Omaha, Nebraska              ~~F.A. GOSSETT, III~~ U.S. Magistrate Judge
                                                *Printed name and title*

                                                **Thomas D. Thalken**
                                                **U.S. Magistrate Judge**

AO 109 (Rev. 12/09) Warrant to Seize Property Subject to Forfeiture (Page 2)

| Return |||
|---|---|---|
| Case No.: 8:15MJ185 | Date and time warrant executed: | Copy of warrant and inventory left with: |

Inventory made in the presence of:

Inventory of the property taken:

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date:

*Executing officer's signature*

*Printed name and title*